■ In the Matter of the Application of THEODORE H. GREY for Reinstatement as an Attorney and Counselor at Law.—Application for reinstatement as an attorney and counselor at law in good standing granted. Order entered. Mahoney, P. J., Greenblott, Larkin, Mikoll and Herlihy, JJ., concur.

---

## (March 2, 1979)

■ In the Matter of the Application of LEON GREENBERG for Reinstatement as an Attorney and Counselor at Law.—Application for reinstatement as an attorney and counselor at law in good standing granted. Order entered. Sweeney, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.

---

## (March 7, 1979)

■ In the Matter of GEORGE A. DANIELS, Petitioner, v ALBANY COUNTY COURT et al., Respondents.—Application denied and petition dated January 25, 1979 dismissed, without costs. By this article 78 proceeding, petitioner seeks a judgment restraining respondents from proceeding in the criminal prosecution of petitioner unless respondents abide by a previously agreed to plea bargain. Under the circumstances presented herein, we are of the opinion that since the issue presented may be reviewed by appeal (e.g., *People v Selikoff*, 35 NY2d 227) or by other application, the extraordinary remedy of prohibition does not lie *(Matter of State of New York v King*, 36 NY2d 59, 62). Mahoney, P. J., Sweeney, Staley, Jr., Main and Mikoll, JJ., concur.